NAME
Stuart S. Pressly
PRISON NUMBER
V-48636

CURRENT ADDRESS OR PLACE OF CONFINEMENT
LSP-LAC Facility A1-223
P.O. Box 8457
CITY, STATE, ZIP CODE
Lancaster, CA 93539



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Stuart S. Pressly <br> (FULL NAME OF PETITIONER) <br><br> PETITIONER <br><br> v. <br><br> F.B. Haws (warden) <br> (NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER (E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS)) <br><br> RESPONDENT <br> and <br><br> The Attorney General of the State of California, Additional Respondent. | , <br> , <br> , <br> , <br> , | Civil No '07 CV 2364 JLS RBB <br> (TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT) <br><br> PETITION FOR WRIT OF HABEAS CORPUS <br><br> UNDER 28 U.S.C. § 2254 <br> BY A PERSON IN STATE CUSTODY |

1. Name and location of the court that entered the judgment of conviction under attack:
   In The Superior Court Of San Diego, Central Division, Dept 38

2. Date of judgment of conviction: April 23, 2005

3. Trial court case number of the judgment of conviction being challenged:
   Sup. Ct # SCD 177809,

4. Length of sentence:
   60 years to Life

CIV 68 (Rev. Jan. 2006)

cv

5. Sentence start date and projected release date:

   8/24/04 - 7/8/87

6. Offense(s) for which you were convicted or pleaded guilty (all counts):

   P.C.§ 211, P.C.§ 12021

7. What was your plea? (CHECK ONE)

   (a) Not guilty XXXXX

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   (a) Jury

9. Did you testify at the trial?

   No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    Yes

11. If you appealed in the **California Court of Appeal**, answer the following:
    (a) Result: Judgment Affirmed
    (b) Date of result (if known): Sept 28, 2006
    (c) Case number and citation (if known): C.A. D046535
    (d) Names of Judges participating in case (if known):
    N/A
    (e) Grounds raised on direct appeal:

    1, Trial Court Error by denying motion to suppress evidence.

    2, Insufficient evidence.

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    (a) Result: Review Denied
    (b) Date of result (if known): Dec 13, 2006
    (c) Case number and citation (if known): S147860
    (d) Grounds raised:

    Review required on trial court error and insufficient evidence.

CIV 68 (Rev. Jan. 2006)

-2-

cv

13. If you filed a petition for certiorari in the <u>United States Supreme Court</u>, please answer the following with respect to that petition:
    (a) Result: N/A
    (b) Date of result (if known):
    (c) Case number and citation (if known):

    (d) Grounds raised:

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Superior Court</u>?
    Yes X

15. If your answer to #14 was "Yes," give the following information:

    (a) <u>California Superior Court</u> Case Number (if known): Not known at this time.
    (b) Nature of proceeding:
      Habeas Corpus Petition
    (c) Grounds raised:
    1, Ineffective Assistance Of Counsel.
    2, Prior Texas Burglary Conviction does not qulify as a strike
    3, Evidence Used at trial prejudicial.
    (d) Did you receive an evidentiary hearing on your petition, application or motion?
       No
    (e) Result: Mailed to Superior Court Recently. (Waiting)
    (f) Date of result (if known): N/A

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the <u>California Court of Appeal</u>?
       No

CIV 68 (Rev. Jan. 2006)

17. If your answer to #16 was "Yes," give the following information:
    (a) **California Court of Appeal** Case Number (if known):
    (b) Nature of proceeding:
    (c) Names of Judges participating in case (if known)

    (d) Grounds raised:


    (e) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes    No
    (f) Result:
    (g) Date of result (if known):


18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
        No

19. If your answer to #18 was "Yes," give the following information:
    (a) **California Supreme Court** Case Number (if known):
    (b) Nature of proceeding:

    (c) Grounds raised:




    (d) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes    No
    (e) Result:
    (f) Date of result (if known):

CIV 68 (Rev Jan. 2006)

20. If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your first federal petition for writ of habeas corpus challenging this conviction?
    Yes _____   (If "Yes" Skip to #22)
    (a) If no, in what federal court was the prior action filed?
        (i) What was the prior case number?
        (ii) Was the prior action (Check One):
            Denied on the merits?
            Dismissed for procedural reasons?
        (iii) Date of decision:
    (b) Were any of the issues in this current petition also raised in the prior federal petition?
        Yes _____   No _____
    (c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
        Yes _____   No _____

---

### CAUTION:

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) GROUND ONE: Trial Court Erred and thereby violated Petitioner's Fourth Amendment right to be free from unreasonable searches and seizures by denying his motion to suppress evidence.

**Supporting FACTS:**

The trial court erred by denying petitioner's motion to suppress the evidence seized from the hotel room. The trial court's basis for the denial of this motion was that Ms. Rubin provided police valid consent to search a room she had little connection with. However, because Ms. Rubin neither had actual nor apparent authority to consent to the search of the room, the trial court erred and its denial of petitioner's motion to suppress should be reversed.

Violation of the 4th, 6th and 14th Amendments.

Did you raise GROUND ONE in the California Supreme Court?

Yes

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): Petition for Review.

(2) Case number or citation: S147860

(3) Result (attach a copy of the court's opinion or order if available):

See Exhibit A

CIV 68 (Rev. Jan. 2006)

(b). **GROUND TWO:** The evidence was insufficient to find petitioner guilty of robbery and thus, the robbery conviction violated petitioners fourteenth amendment right to due process of law.

**Supporting FACTS:**

The evidence presented at trial was insufficient to convict petitioner because the evidence that the robbery was committed force or fear was lacking. Consequently, petitioner conviction must be reversed or reduced to the lesser-included offense of grand theft, which does not require the proof of the use of force or fear, because petitioner was deprived of his fourteenth Amendment right to the due process of law pursuant to the United States Constitution.

**Did you raise GROUND TWO in the California Supreme Court?**
Yes

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition):
Petition for Review
(2) Case number or citation:
S147860
(3) Result (attach a copy of the court's opinion or order if available):
See Exhibit A

CIV 68 (Rev. Jan. 2006)

(c) ~~Ground Three~~:

Supporting FACTS:

Did you raise GROUND THREE in the California Supreme Court?
Yes    No.

   If yes, answer the following:

   (1)   Nature of proceeding (i.e., petition for review, habeas petition):

   (2)   Case number or citation:

   (3)   Result (attach a copy of the court's opinion or order if available):

(d) GROUND FOUR: ███████


Supporting FACTS:









Did you raise GROUND FOUR in the California Supreme Court?

    Yes    No.

If yes, answer the following:

    (1)    Nature of proceeding (i.e., petition for review, habeas petition):

    (2)    Case number or citation:

    (3)    Result (attach a copy of the court's opinion or order if available):

CIV 68 (Rev Jan. 2006)

23. Do you have any petition or appeal now pending in any court, either state or federal, pertaining to the judgment under attack?
    Yes

24. If your answer to #23 is "Yes," give the following information:
    (a) Name of Court: Superior Court San Diego, Central Div. Dept 38
    (b) Case Number: Have not recieved. Petition recently filed.
    (c) Date action filed: N/A
    (d) Nature of proceeding:
        Habeas Corpus
    (e) Name(s) of judges (if known): N/A
    (f) Grounds raised:
        1. Ineffective Assistance Of Counsel
        2. Insufficient evidence used on prior out of state conviction.
        3. Prejudicial evidence brought before jury.
        4. Petitioner denied sixth amendment right to facts on prior out of state conviction. Jury Not Judge should have decided.
        5. Prior Federal conviction counts as only one prior per Federal statues not five prior convictions.
    (g) Did you receive an evidentiary hearing on your petition, application or motion?
        No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing ........
        N/A
    (b) At arraignment and plea .......
        N/A
    (c) At trial .....................
        Jane Kinsey Deputy Public Defender
        233 "A" Street 4th Floor, San Diego, Ca 92101
    (d) At sentencing ................
        Jane Kinsey
    (e) On appeal ...................
        Denise M. Rudasill
    (f) In any post-conviction proceeding.
        N/A
    (g) On appeal from any adverse ruling in a post-conviction proceeding:
        N/A

CIV 68 (Rev. Jan 2006)

-10-

cv

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
    Yes

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes

    (a) If so, give name and location of court that imposed sentence to be served in the future:
        Superior Court Los Angeles County, Van Nyes, Div 112
    (b) Give date and length of the future sentence:
        Date 7/26/04, 25 to life
    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes

28. Consent to Magistrate Judge Jurisdiction

    In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to proceed before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

    The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

    You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

| Plaintiff consents to magistrate judge jurisdiction as set forth above. | OR | Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case. |

29. Date you are mailing (or handing to a correctional officer) this Petition to this court:

    December 11, 2007

CIV 68 (Rev. Jan. 2006)

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

December 11, 2007
(DATE)

SIGNATURE OF PETITIONER

CIV 68 (Rev. Jan. 2006)

-12-

cv

# EXHIBIT A

Court of Appeal, Fourth Appellate District, Div. 1 - No. D046535
S147860

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

THE PEOPLE, Plaintiff and Respondent,

v.

STUART SCOTT PRESSLY, Defendant and Appellant.

Petition for review DENIED.

Stuart Pressly #V-48636
A1-223L

SUPREME COURT
FILED
DEC 1 3 2006
Frederick K. Ohlrich Clerk
_____ DEPUTY

12-13-07 END

GEORGE,
Chief Justice

STATE OF CALIFORNIA  )
                     ) SS:
COUNTY OF LOS ANGELES ) (C.C.F., §446 & §2015.5; 28 U.S.C., §1746)

I, __Stuart Pressly__, declare under penalty of perjury that:

I am the __Petitioner__, in the above-entitled action; I have read the foregoing documents and know the contents thereof, and the same is true of my own knowledge, except as to those matters stated therein upon information and belief, and as to those, I believe them to be true.

Executed this __11__ day of __December__, at California State Prison - Lancaster, California 93536-7620

Signature: _____
           (Declarant/Petitioner)

••••••••••••••••••••••••••••••••••••••••••••••••••••••••

## PROOF OF SERVICE

[C.C.F., §446 & §2015.5; 28 U.S.C., §1746]

I, __Stuart S. Pressly__, am a resident of California State Prison - in the County of Los Angeles, State of California. I am over the age of eighteen (18) and AM/AM NOT a party of the above-entitled action. My State Prison address is: 44750 60th Street West; Lancaster, California 93536-7620.

On __Dec 11, 2007__ I served the following documents:

__Petition Of Habeas Corpus__
__Motion & Declaration to proceed In Forma Pauperis__

(Set forth the exact title of document(s) served)

On the party(ies) herein by placing a true copy(ies) thereof, enclosed in sealed envelope(s), with postage thereon fully paid, or with a Trust Withdrawal Slip (CDC-190) attached thereof, in the United States Mail, in the manner provided by at the California State Prison, Lancaster, California 93536-7620, addressed as follows:

Clerk Of The United States District Court, Southern District
Of California
Room 4290
880 Front Street
San Diego, CA 92101-8900

There is delivery service by the United States mail at the place so addressed and/or there is regular communication by mail between the place of mailing and the place addressed. I declare under penalty of perjury that the foregoing is true and correct.

Dated: __Dec 11, 2007__                    _____
                                            Declarant/Petitioner

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**
DEC 17 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILING FEE PAID: Yes ___ No ✓
IFP MOTION FILED: Yes ___ No ✓
COPIES SENT TO: Court ___

**I (a) PLAINTIFFS**

Stuart S. Pressly

**DEFENDANTS**

F. B. Haws

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**: Los Angeles
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Stuart S. Pressly
PO Box 8457
Lancaster, CA 93539
V-48636

**ATTORNEYS (IF KNOWN)**

'07 CV 2364 JLS RBB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

### 28 U.S.C. 2254

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane / ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs | **SOCIAL SECURITY** | |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 810 Selective Service |
| | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | **LABOR** | ☐ 863 DIWC/DIWW (405(g)) | |
| | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 790 Other Labor Litigation | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☒ 530 General | ☐ 791 Empl. Ret. Inc. | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $ _____

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE _____ Docket Number _____

DATE 12/17/2007      SIGNATURE OF ATTORNEY OF RECORD
R. Miller