Stuart S. Pressly
PLAINTIFF/PETITIONER/MOVANT'S NAME

V-48636
PRISON NUMBER

CSP-LAC Facility A1-223
P.O. Box 8457
PLACE OF CONFINEMENT

Lancaster, CA 93539
ADDRESS



ORIGINAL

FILED
DEC 17 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
## Southern District Of California

Stuart S. Pressly
_____,
Plaintiff/Petitioner/Movant

v.

F.B. Haws (warden)
_____,
Defendant/Respondent

Civil No. '07 CV 2364 JLS RBB
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

**MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS**

I, Stuart S. Pressly _____,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☒ Yes ☐ No    (If "No" go to question 2)
   If "Yes," state the place of your incarceration __CSP-Lancaster, CA__
   Are you employed at the institution?          ☒ Yes ☐ No
   Do you receive any payment from the institution? ☒ Yes ☐ No

   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

2. Are you currently employed? ☐ Yes ☒ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer._____

   _____
   _____
   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer._____
   Richard Marshall Flooring

   I do not have their address.  In Hawthorn CA

   Take home pay about 600.00 wk

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment    ☐ Yes ☒ No
   b. Rent payments, royalties interest or dividends   ☐ Yes ☒ No
   c. Pensions, annuities or life insurance            ☐ Yes ☒ No
   d. Disability or workers compensation               ☐ Yes ☒ No
   e. Social Security, disability or other welfare     ☐ Yes ☒ No
   e. Gifts or inheritances                            ☐ Yes ☒ No
   f. Spousal or child support                         ☐ Yes ☒ No
   g. Any other sources                                ☐ Yes ☒ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month._____

   _____
   _____

4. Do you have any checking account(s)?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts?   ☐ Yes ☒ No
   a. Name(s) and address(es) of bank(s):_____
   b. Present balance in account(s):_____

6. Do you own an automobile or other motor vehicle?   ☐ Yes ☒ No
   a. Make:_____ Year:_____ Model:_____
   b. Is it financed? ☐ Yes ☐ No
   c. If so, what is the amount owed?_____

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes  ☒ No
   If "Yes" describe the property and state its value. _____
   _____

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. _____ N/A _____
   _____

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable): _____
   N/A _____
   _____
   _____

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]): _____ N/A _____
    _____

12. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses. _____
    _____
    The Dept of Corrections provides everything
    _____

**I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.**

Dec 11, 2007                              [signature]
_____                _____
DATE                                       SIGNATURE OF APPLICANT

If you are a **prisoner** you must have an officer from your institution provide this official certificate as to the amount of money in your prison account. There are no exceptions to this requirement.

## PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _____Stuart S. Pressly_____,
(NAME OF INMATE)

_____V-48636_____,
(INMATE'S CDC NUMBER)

has the sum of $__3.63__ on account to his/her credit at __CSP-LAC__

_____
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $__3.75__,

and the *average monthly deposits* to the applicant's account was $__2.89__.

ALL PRISONERS *MUST* ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).

12-07-2007                              K. St George
DATE                                    SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

                                        Kristy St George
                                        OFFICER'S FULL NAME (PRINTED)

                                        AOI
                                        OFFICER'S TITLE/RANK

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
### (Incarcerated applicants only)

(This form **MUST** be completed by the prisoner requesting to proceed in forma pauperis. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, __Stuart S. Pressly V-48636_____, request and authorize the agency holding me in
(Name of Prisoner/ CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.
   CSP-Lancaster CA

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either ☐ $250 (civil complaint) or ☐ $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

__December 15th, 2007__     _____[signature]_____
DATE                         SIGNATURE OF PRISONER

CALIFORNIA DEPARTMENT OF CORRECTIONS
CALIF. STATE PRISON, LA COUNTY
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU DEC. 07, 2007

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

ACCOUNT NUMBER : V48636
ACCOUNT NAME   : PRESSLY, STUART SCOTT
PRIVILEGE GROUP: A
BED/CELL NUMBER: FGB100000000223L
ACCOUNT TYPE: I

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 07/01/2007 | | BEGINNING BALANCE | | | | | 45.00 |
| 07/03 | W512 | LEGAL POSTAGE | 700060 | | | 1.14 | 43.86 |
| 07/11 | W516 | LEGAL COPY CH | 700203 | | | 1.80 | 42.06 |
| 07/13 | FC01 | DRAW-FAC 1 | 7002422ND | | | 39.36 | 2.70 |
| 07/27 | W512 | LEGAL POSTAGE | 0487/08-27 | | | 2.60 | 0.10 |
| 08/16 | W516 | LEGAL COPY CH | 700853 | | | 0.10 | 0.00 |
| 09/07*| VD54 | INMATE PAYROL | 701184/AUG | | 4.08 | | 4.08 |
| 09/12 | W502 | POSTAGE CHARG | 701271 | | | 1.25 | 2.83 |
| 09/21 | W516 | LEGAL COPY CH | 701438 | | | 2.83 | 0.00 |
| 11/06*| VD54 | INMATE PAYROL | 702213/OCT | | 6.81 | | 6.81 |
| 11/06*| VD54 | INMATE PAYROL | 702222/SEP | | 2.34 | | 9.15 |
| 12/06*| VD54 | INMATE PAYROL | 702655/NOV | | 4.08 | | 13.23 |

CURRENT HOLDS IN EFFECT

| DATE PLACED | HOLD CODE | DESCRIPTION | COMMENT | HOLD AMOUNT |
|---|---|---|---|---|
| 11/15/2007 | H109 | LEGAL POSTAGE HOLD | 2397/12-15 | 9.60 |

\* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 08/24/04
COUNTY CODE: LA
CASE NUMBER: LA045086
FINE AMOUNT: $ 1,000.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 07/01/2007 | | BEGINNING BALANCE | | 464.20 |
| 09/07/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 4.52- | 459.68 |
| 11/06/07 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 7.56- | 452.12 |

```
                    CALIF. STATE PRISON, LA COUNTY
                    INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JUL. 01, 2007 THRU DEC. 07, 2007

ACCT: V48636      ACCT NAME: PRESSLY, STUART SCOTT       ACCT TYPE: I


                 * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 08/24/04                CASE NUMBER: LA045086
COUNTY CODE: LA                         FINE AMOUNT: $   1,000.00
```

| DATE     | TRANS. | DESCRIPTION                  | TRANS. AMT. | BALANCE |
|----------|--------|------------------------------|-------------|---------|
| 11/06/07 | VR54   | RESTITUTION DEDUCTION-SUPPORT | 2.59-       | 449.53  |
| 12/06/07 | VR54   | RESTITUTION DEDUCTION-SUPPORT | 4.52-       | 445.01  |

```
    * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
    * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                       TRUST ACCOUNT SUMMARY
```

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 45.00 | 17.31 | 49.08 | 13.23 | 9.60 | 0.00 |

|  | CURRENT AVAILABLE BALANCE |
|---|---|
|  | 3.63 |