**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STUART PRESSLY,<br><br>    Petitioner,<br><br>   v.<br><br>F.B. HAWS, Warden,<br><br>    Respondent. | Civil No. 07cv2364 JLS (RBB)<br><br>**ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS AS DUPLICATIVE** |

  Petitioner, a state prisoner proceeding pro se, has submitted a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The Petition in this case was filed on December 17, 2007, along with an application to proceed In Forma Pauperis. An identical petition was filed in case number 07cv2315 J (JMA), with an application to proceed In Forma Pauperis, on December 10, 2007. The Court may dismiss a duplicative petition as frivolous if it "merely repeats pending or previously litigated claims." <u>Cato v. United States</u>, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (citations omitted). Here, Petitioner has filed two identical petitions with this Court.

  Based on the foregoing, the Court **DISMISSES** this case because the Petition in this case is duplicative of that filed in case number 07cv2315 J (JMA). The Clerk shall close the file.

  **IT IS SO ORDERED.**

**DATED: December 20, 2007**

                   *Janis L. Sammartino*
                   **Honorable Janis L. Sammartino**
                   **United States District Judge**