# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Stuart Pressly

                V.                    **JUDGMENT IN A CIVIL CASE**

F.B. Haws

                                  CASE NUMBER:    07CV2364-JLS(RBB)

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed as duplicative.

| December 20, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

                                                              s/J. Petersen
                                                              (By) Deputy Clerk
                                                              ENTERED ON December 20, 2007